## Baker *v.* Geist, Appellant.

Argued March 13, 1972. *G. Thomas Miller*, with him *Robert M. Cherry*, *Elmer E. Harter*, and *McNees, Wallace & Nurick*, for appellant; *Joseph A. Klein* and *James W. Evans*, with them *Goldberg, Evans & Katzman*, for appellees.

Judgment affirmed.